374 A.2d 695

Acro-Matic, Inc. v. Scientronic Corporation, Appellant.

Argued March 23, 1977. Eli Raitport, for appellant; James W. Tracey, III, with him Wollman, Tracey and Schlesinger, for appellee.

Order and judgment affirmed.